# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SWADENER, | ) Case No. ED CV 10-1903 VBF (JCG) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| FRANK CHAVEZ, Warden, | ) |
| Respondent. | ) |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: October 27, 2011

_____
HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE